# Court of Appeals
# of the State of Georgia

ATLANTA,  June 27, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0062.  JOSEPH DINGLER v. HEATHER MOORE.**

Appellant Joseph Dingler's Emergency Motion is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/27/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*